

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sheila Finnegan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 CR 146 - 1 | **DATE** | 3/6/2012 |
| **CASE TITLE** | USA vs. Jeremy Hammond | | |

**DOCKET ENTRY TEXT**

Removal proceedings held on 3/6/2012 as to Jeremy Hammond. Defendant appears in response to arrest on 3/5/2012. Defendant informed of his rights. James Fennerty appears as counsel for defendant for these proceedings only. Defendant waives identity hearing. The government recommends that defendant be removed in custody. Defendant waives his right to a detention hearing without prejudice. Order defendant removed to the United States District Court for the Southern District of New York in custody.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | IS |
|---|---|---|