**COPY**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO ILLINOIS 60604

March 7, 2012

**THOMAS G. BRUTON**
   Clerk of Court

**OFFICE OF THE CLERK**

J. Michael McMahon, Clerk of Court
USDC - Southern District of New York
500 Pearl Street
Room 520 South
New York, NY 10007-1312

   Re:   USA vs. Jeremy Hammond
   Case:

12Cr146-1
Mag. Judge Finnegan

FILED
APR X 3 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dear Mr. McMahon:

Enclosed please find the certified copy of the docket entries in connection with removal proceedings conducted in this District regarding the above named defendant.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

All documents filed prior to electronic filing are included in this transfer package.

Subsequent paper documents filed after 1/18/05 are also included:
(List document numbers)

        Document No. 3 - Commitment to Another District

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

                Sincerely yours,

                Thomas G. Bruton, Clerk

                **CYNTHIA D. YOUNG**
                by:/s/ Cynthia Young
                   Deputy Clerk



U.S. DISTRICT COURT FILED
MAR 26 2012
S. D. OF N.Y.



RECEIVED

Gilbert Quan